JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALVIN BROOKS,

    Plaintiff,

vs.

CITY OF EAST PALO ALTO, et al.

    Defendants.

No. C05-04839 PJH

STIPULATION AND ORDER
CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE

IT IS HEREBY acknowledged that Plaintiff has not perfected service of the complaint and summons on the named Defendants. Therefore, good cause being shown, Plaintiff requests the initial case management conference scheduled for March 30, 2006, be rescheduled for May 18, 2006.

DATED: March 24, 2006

LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante
ADANTE' D. POINTER
Attorneys for Plaintiff

CLAPP & MORONEY P.C.

By: /s/
PATRICK CO
Attorneys for Defendant
City of East Palo Alto

ORDER

IT IS SO ORDERED.

3/28/06

NO FURTHER CONTINUANCES.

United States
Judge Phyllis J. Hamilton

STIPULATION AND ORDER
TO CONTINUE CMC