1 | **CRAIG M. BROWN, INC.** SB# 040029
ATTORNEY AT LAW
2 | 333 W. SANTA CLARA STREET, SUITE 260
SAN JOSE, CALIFORNIA 95113-1714
3 | TELEPHONE: (408) 286-8844
FAX: (408 286-6699

**Attorney for Defendant Johnny Taflinger**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALVIN BROOKS, | Case No. C05-04839 PJH |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| CITY OF EAST PALO ALTO; STEVE BELCHER, individually and in his official capacity as Chief of Police, EDWARD RIVERS, JR., JOHNNY TAFLINGER, JR.,; EDDIE TAPIA TORRES, individually and in their official capacities of Police Officers; and DOES 1-100 inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the case management conference in this matter is continued from May 18, 2006, at 2:30 P.M. to JUNE 1, 2006, at 2:30 P.M. in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: 5/11/06 _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE