JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN BROOKS,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, et al.<br><br>          Defendants. | **No. C05-04839 PJH**<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER CONTINUING**<br>**MEDIATION** |

    IT IS HEREBY stipulated by the named parties by and through their respective counsels to extend the date by which Mediation shall be completed by 145 days up and until the last week of October 2006. Parties have met, conferred and agreed that a considerable amount of discovery must be completed prior to mediation in order to make mediation effective. Specifically, the parties have agreed to obtain the criminal trial transcripts, take the depositions of relevant witnesses and conduct other related discovery. Therefore, good cause being shown, the parties request the court ordered

mediation be rescheduled from its current date to a later date in the last week of October 2006.

DATED:        June 19, 2006

| LAW OFFICES OF JOHN L. BURRIS | CLAPP & MORONEY P.C. |
|---|---|
| By: /S/ <br> ADANTE' D. POINTER <br> Attorneys for Plaintiff | By: /S/ <br> JEFFREY M. VUCINICH <br> Attorneys for Defendant <br> City of East Palo Alto |
| LAW OFFICES OF CRAIG M. BROWN | LAW OFFICES OF WILLIAM R. RAPOPORT |
| By: /S/ <br> CRAIG M. BROWN <br> Attorney for Defendant <br> Johnny Taflinger | By: /S/ <br> WILLIAM R. RAPOPORT <br> Attorney for Defendant <br> Edward A. Rivers, Jr. |

By: /S/
EDDI TAPIA TORRES

ORDER

IT IS SO ORDERED.    7/10/06

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Judge

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. C05-04839 PJH
TO CONTINUE MEDIATION

2