JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for plaintiff
CALVIN BROOKS

FILED

APR 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN BROOKS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, et al.<br><br>        Defendants. | No. C05-04839 PJH<br><br>[PROPOSED] ORDER<br>APPROVING MEDIATION<br>STRUCTURE |

IT IS HEREBY ordered that mediation in this matter be conducted as follows:

- Mediation in this matter will take place in stages.
- Only Plaintiff's counsel and counsel representing Defendant City of East Palo Alto will be required to be physically present at the initial mediation session scheduled for April 25, 2007.
- If the matter is not resolved at the initial mediation session then, a second mediation session will be scheduled requiring all parties and their respective counsel to be in attendance either physically or telephonically.

WAYNE D. BRAZIL
United States Magistrate Judge