United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALVIN BROOKS,

    Plaintiff(s),

    v.

CITY OF EAST PALO ALTO, et al.,

    Defendant(s).
_____/

No. C 05-4839 PJH

**ORDER DENYING REQUEST FOR CONTINUANCE**

    The parties' stipulation and request for an order continuing the briefing and hearing on defendant's motion for summary judgment from May 23, 2007 to June 27, 2007, is DENIED. The case management and pretrial order filed on June 2, 2006 advised the parties that the court hears dispositive motions no later than 120 days before trial and that they could not modify the pretrial order by stipulation. The assigned trial date is the date requested by defendants and falls two months later than the date requested by plaintiff. The parties describe no unusual circumstances, much less good cause for continuing the dispositive motions date. They advise only that they would like to focus on their efforts at settling the case. While the court encourages them to continue their negotiations, given the number of times the ADR deadline was continued in this case, without the court's approval, the court will afford no additional continuances. Moreover, the date requested falls fewer than 60 days before the pretrial conference and provides insufficient time for the court to ensure that a ruling on dispositive motions can be issued in advance of pretrial preparation,

given the court's extremely crowded docket. The last day the court would entertain a hearing on dispositive motions is May 30, 2007. Thus, if plaintiff wishes to oppose the motion, the opposition is due May 9, 2007. Any reply is due May 16, 2007. The hearing date will be continued to May 30, 2007, at 9:00 a.m. unless the parties advise that they wish to 1) have it remain on April 23, 2007 or 2) have the motion decided on the papers.

**IT IS SO ORDERED.**

Dated: May 1, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2