**JOHN L. BURRIS, Esq./ State Bar #69888**
**ADANTÉ D. POINTER, Esq./State Bar #236229**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff
**CALVIN BROOKS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALVIN BROOKS,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY OF EAST PALO ALTO CITY OF EAST PALO ALTO; STEVE BELCHER individually and in his official capacity as Chief of Police, EDWARD RIVERS, JR., JOHNNY TAFLINGER, JR., individually and in their official capacities as Police Officers and for the CITY OF EAST PALO ALTO, EDDI TAPIA TORRES, individually and in his official capacity as a Police volunteer, and  DOES 1-100, inclusive,<br>Defendants., et al.,<br><br>                        Defendants.<br>                                                        / | Case No.: C 05-04839 PJH<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action in this matter.  The settlement remains contingent upon the parties executing a written settlement agreement and approval of the East Palo Alto City Council.  The parties therefore request

1  that future court dates in this action be vacated from the Court's calendar, and that the matter be
2  continued for sixty (60) days for dismissal.

   Plaintiff shall dismiss this action with prejudice upon the execution and performance of the settlement agreement, which is expected to occur within sixty (60) days.

                                        Respectfully Submitted,

Dated: May 16, 2007

                                        ___/S/_____
                                        John L. Burris
                                        Law Offices of John L. Burris
                                        Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: 5/17/07



HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT & [PROPOSED] ORDER          2                    C 05-04839 PJH